## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| Art Van Furniture, LLC, *et al.*,[1] | Case No. 20-10553 (CTG) |
| Debtors. | Jointly Administered |
| Alfred T. Giuliano, solely in his capacity as the Chapter 7 Trustee of Art Van Furniture, LLC, *et al.*, | |
| Plaintiff, | Adv. Proc. No. 22-50229 (CTG) |
| -against- | |
| Archie A. Van Elslander Trust dated November 26, 1982, as Amended, the Estate of Archie A. Van Elslander, Gary A. Van Elslander, Gary A. Van Elslander Revocable Trust, David P. Van Elslander, Debra A. Van Elslander, Debra A. Van Elslander Revocable Trust, Kenneth A. Van Elslander, Kenneth A. Van Elslander Revocable Trust, Sandra L. Seroka, Karen B. Paglino, Karen B. Paglino Revocable Trust, Lori J. Webb, Kim M. Van Elslander a/k/a Kim M. Campau, Kris A. Scarfone, Beth M. Wood, AV Conner Holdings, Inc., VEV Real Estate LLC, and Richard Kim Yost, and John Does 1-100, | |
| Defendants. | |

### CERTIFICATION OF COUNSEL SUBMITTING PROPOSED ORDER AND STIPULATION EXTENDING THE TIME FOR THE VAN ELSLANDER DEFENDANTS TO RESPOND TO THE COMPLAINT

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are: Art Van Furniture, LLC (9205); AVF Holding Company, Inc. (0291); AVCE, LLC (2509); AVF Holdings I, LLC (2537); AVF Holdings II, LLC (7472); AVF Parent, LLC (3451); Levin Parent, LLC (8052); Art Van Furniture of. Canada, LLC (9491); AV Pure Sleep Franchising, LLC (8968); AVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

I, Bryan J. Hall, hereby certify as follows:

1. On March 7, 2022, Alfred T. Giuliano, solely in his capacity as the chapter 7 trustee (the "Trustee") for the bankruptcy estates of the above-captioned Debtors, commenced this adversary proceeding by filing the *Complaint* [Adv. D.I. 1] (the "Complaint").

2. Defendants Archie A. Van Elslander Trust dated November 26, 1982, the Estate of Archie A. Van Elslander, Gary A. Van Elslander, Gary A. Van Elslander Revocable Trust, David P. Van Elslander, Debra A. Van Elslander, Debra A. Van Elslander Revocable Trust, Kenneth A. Van Elslander, Kenneth A. Van Elslander Revocable Trust, Sandra L. Seroka, Karen B. Paglino, Karen B. Paglino Revocable Trust, Lori J. Webb, Kim M. Van Elslander a/k/a Kim M. Campau, Kris A. Scarfone, Beth M. Wood, AV Conner Holdings, Inc., and VEV Real Estate LLC (collectively, the "Van Elslander Defendants") have requested an extension of time to respond to the Complaint.

3. The parties have stipulated to extend the Van Elslander Defendants' time to respond to the Complaint until June 10, 2022, as reflected in the Stipulation attached as Exhibit 1 (the "Stipulation") to the proposed order attached hereto as Exhibit A (the "Proposed Order"). The Stipulation is being submitted on consent.

4. Based on the foregoing, the undersigned respectfully requests that the Court enter the Proposed Order approving the Stipulation without further notice or hearing.

Dated: April 21, 2022	ARCHER & GREINER, P.C.

*/s/ Bryan J. Hall*
David W. Carickhoff (No. 3715)
Bryan J. Hall (No. 6285)
300 Delaware Ave., Suite 1100
Wilmington, DE 19801
(302) 777-4350
(302) 777-4352 (fax)
dcarickhoff@archerlaw.com
bjhall@archerlaw.com

-and-

Stephen M. Packman, Esq.
ARCHER & GREINER, P.C.
Three Logan Square
1717 Arch Street, Suite 3500
Philadelphia, PA 19103
(215) 963-3300
(215) 963-9999 (fax)
spackman@archerlaw.com

*Counsel for Alfred T. Giuliano, solely in his capacity as the Chapter 7 Trustee of Art Van Furniture, LLC, et al.*