# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Art Van Furniture, LLC, *et al.*,[1]<br><br>               Debtors. | Chapter 7<br><br>Case No. 20-10553 (CTG)<br><br>Jointly Administered |
| Alfred T. Giuliano, solely in his capacity as the Chapter 7 Trustee of Art Van Furniture, LLC, *et al.*,<br><br>               Plaintiff,<br><br>   -against-<br><br>Archie A. Van Elslander Trust dated November 26, 1982, as Amended, the Estate of Archie A. Van Elslander, Gary A. Van Elslander, Gary A. Van Elslander Revocable Trust, David P. Van Elslander, Debra A. Van Elslander, Debra A. Van Elslander Revocable Trust, Kenneth A. Van Elslander, Kenneth A. Van Elslander Revocable Trust, Sandra L. Seroka, Karen B. Paglino, Karen B. Paglino Revocable Trust, Lori J. Webb, Kim M. Van Elslander a/k/a Kim M. Campau, Kris A. Scarfone, Beth M. Wood, AV Conner Holdings, Inc., VEV Real Estate LLC, and Richard Kim Yost, and John Does 1-100,<br><br>               Defendants. | Adv. Proc. No. 22-50229 (CTG)<br><br>Re: D.I. ___ |

**ORDER APPROVING STIPULATION EXTENDING THE TIME FOR THE VAN ELSLANDER DEFENDANTS TO RESPOND TO THE COMPLAINT**

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are: Art Van Furniture, LLC (9205); AVF Holding Company, Inc. (0291); AVCE, LLC (2509); AVF Holdings I, LLC (2537); AVF Holdings II, LLC (7472); AVF Parent, LLC (3451); Levin Parent, LLC (8052); Art Van Furniture of. Canada, LLC (9491); AV Pure Sleep Franchising, LLC (8968); AVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

This Court having considered the *Stipulation Extending the Time for the Van Elslander Defendants to Respond to the Complaint* (the "Stipulation") by and between Alfred T. Giuliano, solely in his capacity as the chapter 7 trustee (the "Trustee") for the bankruptcy estates of the above-captioned Debtors, and defendants Archie A. Van Elslander Trust dated November 26, 1982, the Estate of Archie A. Van Elslander, Gary A. Van Elslander, Gary A. Van Elslander Revocable Trust, David P. Van Elslander, Debra A. Van Elslander, Debra A. Van Elslander Revocable Trust, Kenneth A. Van Elslander, Kenneth A. Van Elslander Revocable Trust, Sandra L. Seroka, Karen B. Paglino, Karen B. Paglino Revocable Trust, Lori J. Webb, Kim M. Van Elslander a/k/a Kim M. Campau, Kris A. Scarfone, Beth M. Wood, AV Conner Holdings, Inc., and VEV Real Estate LLC (collectively, the "Van Elslander Defendants"), to extend the Van Elslander Defendants' time to respond to the *Complaint*; the Court having determined that good and adequate cause exists for approval of the Stipulation; and the Court having determined that no further notice of the Stipulation must be given;

IT IS HEREBY ORDERED THAT:

1. The Stipulation annexed as <u>Exhibit 1</u> to this Order hereby is approved.

2. The time for the Van Elslander Defendants to respond to the *Complaint* [Adv. D.I. 1] is extended through and including June 10, 2022, without prejudice to the rights of the Van Elslander Defendants to request a further extension of time to respond to the *Complaint* and without prejudice to the rights of the Trustee to oppose any such request.

3. The Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

**Dated: April 21st, 2022**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**