IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Art Van Furniture, LLC, *et al.*,[1]<br><br>　　　　　Debtors. | Chapter 7<br><br>Case No. 20-10553 (CTG)<br><br>Jointly Administered |
| Alfred T. Giuliano, solely in his capacity as the Chapter 7 Trustee of Art Van Furniture, LLC, *et al.*,<br><br>　　　　　Plaintiff,<br><br>　-against-<br><br>Archie A. Van Elslander Trust dated November 26, 1982, as Amended, the Estate of Archie A. Van Elslander, Gary A. Van Elslander, Gary A. Van Elslander Revocable Trust, David P. Van Elslander, Debra A. Van Elslander, Debra A. Van Elslander Revocable Trust, Kenneth A. Van Elslander, Kenneth A. Van Elslander Revocable Trust, Sandra L. Seroka, Karen B. Paglino, Karen B. Paglino Revocable Trust, Lori J. Webb, Kim M. Van Elslander a/k/a Kim M. Campau, Kris A. Scarfone, Beth M. Wood, AV Conner Holdings, Inc., VEV Real Estate LLC, and Richard Kim Yost, and John Does 1-100,<br><br>　　　　　Defendants. | Adv. Proc. No. 22-50229 (CTG) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are: Art Van Furniture, LLC (9205); AVF Holding Company, Inc. (0291); AVCE, LLC (2509); AVF Holdings I, LLC (2537); AVF Holdings II, LLC (7472); AVF Parent, LLC (3451); Levin Parent, LLC (8052); Art Van Furniture of. Canada, LLC (9491); AV Pure Sleep Franchising, LLC (8968); AVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Stephen E. Glazek of Barris, Sott, Denn & Driker, P.L.L.C. to represent Defendant Richard Kim Yost in the above-captioned adversary proceeding.

Dated:  June 3, 2022                      MACAULEY LLC

                                                           */s/ Thomas G. Macauley*
                                                   Thomas G. Macauley (No. 3411)
                                                   300 Delaware Avenue, Suite 1018
                                                   Wilmington, DE  19801
                                                   (302) 656-0100

                                                   Attorneys for Defendant Richard Kim Yost

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State Bar of Michigan, the United States District Court for the Eastern and Western Districts of Michigan and the United States Court of Appeals for the Sixth Circuit, United States Court of Appeals for the Eleventh Circuit, United States Court of Appeals for the Federal Circuit and the United States Supreme Court, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the *Revised Standing Order for District Court Fund* effective September 1, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: May 9, 2022

Stephen E. Glazek, Esq.
Barris, Sott, Denn & Driker, P.L.L.C.
333 W. Fort St., Suite 1200
Detroit, MI 48226
(313) 965-9725


## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.