# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| Start Man Furniture LLC (f/k/a Art Van Furniture, LLC), *et al.*,[1] | Case No. 20-10553 (CTG) |
| Debtors. | Jointly Administered |
| Alfred T. Giuliano, solely in his capacity as the Chapter 7 Trustee of Start Man Furniture LLC (f/k/a Art Van Furniture, LLC), *et al.*, | |
| Plaintiff, | Adv. Proc. No. 22-50229 (CTG) |
| -against- | |
| Archie A. Van Elslander Trust dated November 26, 1982, as Amended, the Estate of Archie A. Van Elslander, Gary A. Van Elslander, Gary A. Van Elslander Revocable Trust, David P. Van Elslander, Debra A. Van Elslander, Debra A. Van Elslander Revocable Trust, Kenneth A. Van Elslander, Kenneth A. Van Elslander Revocable Trust, Sandra L. Seroka, Karen B. Paglino, Karen B. Paglino Revocable Trust, Lori J. Webb, Kim M. Van Elslander a/k/a Kim M. Campau, Kris A. Scarfone, Beth M. Wood, AV Conner Holdings, Inc., VEV Real Estate LLC, and Richard Kim Yost, and John Does 1-100, | **Re: Adv. D.I. 12** |
| Defendants. | |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Start Man Furniture, LLC (f/k/a Art Van Furniture, LLC) (9205); SVF Holding Company, Inc. (f/k/a AVF Holding Company, Inc.) (0291); SVCE, LLC (f/k/a AVCE, LLC) (2509); StartVF Holdings I, LLC (f/k/a AVF Holdings I, LLC) (2537); StartVF Holdings II, LLC (f/k/a AVF Holdings II, LLC) (7472); SVF Parent, LLC (f/k/a AVF Parent, LLC) (3451); Levin Parent, LLC (8052); Start Man Furniture of Canada, LLC (f/k/a Art Van Furniture of Canada, LLC) (9491); SV Sleep Franchising, LLC (f/k/a AV Pure Sleep Franchising, LLC) (8968); SVF Franchising, LLC (f/k/a AVF Franchising, LLC) (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

**CERTIFICATE OF NO OBJECTION REGARDING
MOTION OF THE CHAPTER 7 TRUSTEE FOR ENTRY OF AN ORDER
ENLARGING TIME TO EFFECT SERVICE OF ORIGINAL PROCESS**

On June 2, 2022, Alfred T. Giuliano, solely in his capacity as the chapter 7 trustee (the "Trustee") for the bankruptcy estates of the above-captioned Debtors and plaintiff in the above-captioned adversary proceeding, filed the *Motion of the Chapter 7 Trustee for Entry of an Order Enlarging Time to Effect Service of Original Process* [D.I. 12] (the "Motion"). Objections or responses to the Motion were due to be filed and served no later than June 16, 2022 at 4:00 p.m. (Eastern Time).

The undersigned hereby certifies that, as of the date hereof, he has received no formal or informal response or objection to the Motion. The undersigned further certifies he has caused the review of the Court's docket in this case and no objection or response to the Motion appears thereon.

WHEREFORE, the Trustee respectfully requests that the Court enter the proposed order in the form attached to the Motion.

Dated: June 17, 2022 **ARCHER & GREINER, P.C.**

/s/ *Bryan J. Hall*
David W. Carickhoff (No. 3715)
Bryan J. Hall (No. 6285)
300 Delaware Avenue, Suite 1100
Wilmington, DE 19801
Tel: (302) 777-4350
Fax: (302) 777-4352
dcarickhoff@archerlaw.com
bjhall@archerlaw.com

-and-

Stephen M. Packman, Esq.
Three Logan Square
1717 Arch Street, Suite 3500
Philadelphia, PA 19103
(215) 963-3300
(215) 963-9999 (fax)
spackman@archerlaw.com

*Special Counsel to Alfred T. Giuliano, in his capacity as the Chapter 7 Trustee of Art Van Furniture, LLC, et al*

224881183v1